IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGELA WILLIAMS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-219 |
| v. | |
| KEVIN DEZURIK; AVILES-ROBBINS TRUCK LEASING, LLC; STATE NATIONAL INSURANCE COMPANY; and XYZ CORPORATION (#1–20), | |
| Defendants. | |

## O R D E R

Before the Court is a Stipulation of Dismissal Without Prejudice of Garrison Property & Casualty Insurance Company, which was signed and filed on August 17, 2022, by counsel for all parties that have appeared in this case. (Doc. 28.) Therein, the parties, citing Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of Garrison Property & Casualty Insurance Company without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Garrison Property & Casualty Insurance Company is **DISMISSED WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to **TERMINATE** Garrison Property & Casualty Insurance Company from this case and to **UPDATE** the docket accordingly.

**SO ORDERED**, this 22nd day of August, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA