UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGELA WILLIAMS, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE (#1-5), *et al.*, )<br>)<br>  Defendants. ) | CV421-219 |

# ORDER

Plaintiff Angela Williams did not respond to Defendants Aviles-Robbins Truck Leasing, LLC, State National Insurance Company, and Kevin Dezurik's Motion for Partial Summary Judgment as to Punitive Damages, doc. 35, before her November 15, 2022 deadline to do so. *See* doc. 37 (Clerk's Notice). On November 22, 2022, she moved for an extension of her response deadline to November 24, 2022, explaining that she failed to timely file a response due to a calendaring error. Doc. 38 at 1-2. The deadline to respond to her extension request is December 6, 2022. *See* S.D. Ga. L. Civ. R. 7.5.

Plaintiff is **DIRECTED** to file her response to the Partial Summary Judgment as to Punitive Damages, doc. 35, no later than November 24,

2022. The Court reserves ruling on her extension request, doc. 38, until all parties indicate whether they oppose the request, or until the deadline to oppose the request has run.

**SO ORDERED**, this 23rd day of November, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA