IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGELA WILLIAMS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-219 |
| v. | |
| KEVIN DEZURIK; AVILES-ROBBINS TRUCK LEASING, LLC; STATE NATIONAL INSURANCE COMPANY; and XYZ CORPORATIONS (#1-20), | |
| Defendants. | |

## TRIAL PREPARATION SCHEDULING ORDER

With the parties having held a conference pursuant to the Order and Notice of Trial Preparation Requirements and the Court having conducted a Trial Preparation Scheduling Conference with the parties on December 13, 2023, the Court issues the following deadlines in anticipation of trial in this case.

| | |
|---|---|
| Deadline for *de bene esse* depositions | February 9, 2024 |
| Deadline for filing of witness lists | February 23, 2024 |
| Deadline for filing of deposition designations | March 11, 2024 |
|    Deadline for objections to deposition designations | March 25, 2024 |
|    Deadline for responses to objections to deposition designations | April 1, 2024 |

| | |
|---|---:|
| Deadline for filing of exhibit lists | March 11, 2024 |
| Deadline for objections to exhibit lists | March 25, 2024 |
| Deadline for responses to objections to exhibit lists | April 1, 2024 |
| Deadline for motions in limine | March 11, 2024 |
| Deadline for responses to motions in limine | March 25, 2024 |
| Deadlines for replies to responses to motions in limine | April 1, 2024 |
| Deadline for consolidated proposed pretrial order | May 10, 2024 |
| Deadline for proposed *voir dire* questions and proposed jury charges | May 10, 2024 |
| Deadline for objections to proposed *voir dire* questions and proposed jury charges | May 17, 2024 |
| Pretrial Conference date | May 23, 2024 |
| First day of trial | June 3, 2024 |

**SO ORDERED**, this 18th day of December, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA